JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUTHERFORD, an individual,<br><br>Plaintiff,<br><br>v.<br><br>RAMONA'S MEXICAN FOOD #5, a business of unknown form; MILLS CIRCLE PARTNERS, LLC, a California Limited Liability Company; and DOES 1-10, inclusive,<br><br>         Defendants. | Case No.: 5:18-cv-01349-AB-PLA<br><br>**[~~PROPOSED~~] ORDER DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

After consideration of the Joint Stipulation for Dismissal of the Entire Action with Prejudice filed by Plaintiff James Rutherford ("Plaintiff") and Ramona's Mexican Food #5 and Mills Circle Partners LLC ("Defendants"), the Court hereby enters a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety. Each party shall bear his or its own costs and attorneys' fees.

IT IS SO ORDERED.

DATED:     September 27, 2018

_____
UNITED STATES DISTRICT COURT JUDGE

[PROPOSED] ORDER
DISMISSAL OF ENTIRE ACTION WITH PREJUDICE